**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2025

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MATTHEW TESLA,

                    Plaintiff,

      -against-

DRGUT PELINKOVIC
a/k/a DOUG PELINKOVIC,

                  Defendant,
-----------------------------------------------------------x

Case No.: 24-cv-8901 (VEC)

**NOTICE OF MOTION
TO DISMISS COMPLAINT**

      **PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendant's Motion to Dismiss, dated January 20, 2025, and upon all the papers and proceedings had herein, Defendant Doug Pelinkovic, by and through his attorneys, Sichenzia Ross Ference Carmel LLP, will move this Court before the Honorable Valerie E. Caproni, at United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date and time to be designated by the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Plaintiff's Complaint in its entirety.

Pursuant to Local Rule 6(b), answering papers shall be served on or before fourteen (14) days from the date of service of the motion and reply papers shall be served on or before seven (7) days thereafter.

Dated: January 17, 2025
      New York, New York

Respectfully submitted,

SICHENZIA ROSS FERENCE CARMEL LLP

By: _____*Wynee Ngo*_____
    Nicholas Caputo, Esq.
    Wynee Ngo, Esq.
1185 Avenue of the Americas, 31st Floor
New York, New York 10036
(212) 930-9700
ncaputo@srfc.law
wngo@srfc.law
*Attorneys for Defendant*

---

In light of Plaintiff's Amended Complaint (Dkt. 15), this motion to dismiss is DENIED AS MOOT.

SO ORDERED.

*[signature]* 2/10/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE