

MARTIN W. KAFAFIAN (NJ, NY, DC BARS)
ADOLPH A. ROMEI (NJ, NY BARS)
JOHN J. LAMB (NJ BAR)
ANTIMO A. DEL VECCHIO (NJ, NY, DC BARS)
ROBERT A. BLASS (NJ, NY BARS)
ARTHUR N. CHAGARIS (NJ BAR)
STEVEN A. WEISFELD (NJ, NY BARS)
RENATA A. HELSTOSKI (NJ, NY BARS)
DANIELE CERVINO (NJ, NY BARS)
ARTHUR M. NEISS (NJ, NY BARS)
DANIEL L. STEINHAGEN (NJ, NY BARS)
MARTIN R. KAFAFIAN (NJ, NY BARS)
JAMES V. ZARRILLO (NJ, NY BARS)
MATTHEW J. ROSS (NJ, NY, OH BARS)

COUNSEL TO THE FIRM
BRENDA J. STEWART (NJ BAR)
JEANETTE A. ODYNSKI (NJ, NY BARS)
CRISTIN M. KEEGAN (NJ, NY BARS)
BARBARA M. MARTIN (NJ, NY BARS)
CHARLES J. RABOLLI, JR. (NJ BAR)

SHKELQIM (JIM) PILINCI (NJ, NY, MT BARS)
DEMETRIA M. BOGOSIAN (NJ BAR)
GABRIELLA M. PASCARELLI (NJ BAR)
CONOR C. O'SHAUGHNESSY (NJ, NY BARS)
NICOLE A. SERELL (NJ, CT BARS)
BLAKE T. BROWNING (NJ, VA BARS)

OF COUNSEL
EMERY C. DUELL (NJ, NY BARS)
PATRICK J. MONAGHAN, JR. (NJ, NY BARS)
IRA E. WEINER (NJ BAR)
MICHAEL STERNLIEB (NJ BAR)

RALPH J. PADOVANO (1935-2016)
JAMES R. BEATTIE (1935-2021)

**COUNSELLORS AT LAW**
200 MARKET STREET, SUITE 401
MONTVALE, NEW JERSEY 07645

(201) 573-1810

www.beattielaw.com

NEW YORK OFFICE:
99 MAIN STREET, SUITE 319
NYACK, NEW YORK 10960
(845) 512-8584

Reply to New Jersey Office
Writer's Direct Access
Email: mrk@beattielaw.com
Direct Dial and Fax: (201) 799-2102

**MEMO ENDORSED**

February 21, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2025

*Via ECF*
The Honorable Valerie E. Caproni
United States District Court for the Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:   *Matthew Tesla v. Drgut Pelinkovic a/k/a Doug Pelinkovic, et al.*
            Case No.: 1:24-cv-08901-VEC

Dear Judge Caproni:

This firm represents Matthew Tesla ("Plaintiff"). We submit this letter pursuant to Section 2.C of the Court's Individual Practices in Civil Cases, to request an Extension of Time to file Plaintiff's opposition to defendant Doug Pelinkovic's ("Defendant") Motion to Dismiss Plaintiff's Amended Complaint (the "Motion to Dismiss") (Docket Entry #24). Specifically, Plaintiff requests that the deadline be extended by two weeks, making his opposition due on Thursday, March 13, 2025.

Plaintiff requests the extension because of the undersigned's trial schedule. The undersigned is scheduled to be on trial from February 24 through February 28 and March 10 through March 14. The undersigned is lead counsel in both the trial matter and this matter. Plaintiff's deadline to submit its Opposition to Defendant's Motion to Dismiss is Thursday, February 27, 2025. This is Plaintiff's first request for an extension of time in connection with the Motion to Dismiss. The Defendant has consented to this request on the condition that Defendant's Reply be due on March 27, 2025.

We thank the Court for its consideration to this matter.

                                    Respectfully submitted,

                                    */s Martin R. Kafafian*
Cc:   Counsel of Record (*via ECF only*)    Martin R. Kafafian

*Fifty-Five Years of Service*

Application GRANTED.  Plaintiff's Opposition is due **Thursday, March 13, 2025**.  Defendant's Reply is due **Thursday, March 27, 2025**.  The Court is unlikely to further adjourn these deadlines absent extraordinarily good cause.

SO ORDERED.

*[Signature]* 2/24/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE