**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MATTHEW TESLA,

               Plaintiff,

    -against-                                    24 **CIVIL** 8901 (VEC)

## **JUDGMENT**

DRGUT PELINKOVIC, ELVIRA PELINKOVIC,
LJUMNI PELINKOVIC, and CROTONA
AVENUE BUILDERS, LLC,

               Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 26, 2025, Defendant's Motion to Dismiss is GRANTED. Federal Rule of Civil Procedure 15(a) provides that leave to amend "shall be freely given when justice so requires." Nevertheless, the Court has discretion to deny leave to amend "for good reason, including futility, bad faith, undue delay, or undue prejudice to the opposing party." TechnoMarine SA v. Giftports, Inc., 758 F.3d 493, 505 (2d Cir. 2014). Because Plaintiff has already amended his complaint once after Defendants filed a motion to dismiss that raised many of the arguments discussed in this Opinion, and because many of the factual allegations already contained in the SAC undermine, rather than enhance, Plaintiff's claims, the Court finds that further amendment would be futile. Leave to amend, therefore, is DENIED, and this case is DISMISSED WITH PREJUDICE.

**Dated:**  New York, New York

       August 26, 2025

                                                    **TAMMI M. HELLWIG**

                                                    **Clerk of Court**
                            **BY:**      *K. Mango*

                                                    **Deputy Clerk**